DISTRICT OF OREGON
**FILED**
**June 11, 2013**
**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No. 308-33473-tmb13 |
| | ) |
| CLEMON L MORRISON | ) |
| CYNTHIA A MORRISON | ) ORDER ON TRUSTEE |
| | ) MOTION TO DISMISS |
| | ) |
| Debtors | ) |

The Motion to Dismiss filed by Wayne Godare, Chapter 13 Trustee ("Trustee"), filed with the court on or about April 30, 2013 came on for hearing before this court on June 5, 2013. Trustee appeared through Jack Fisher, his attorney. Debtors appeared through Rosemary Zook, of their attorneys. The Court heard argument on the issues and being fully advised, now, therefore,

IT IS ORDERED that debtors must complete their Chapter 13 plan and payoff the case by July 31, 2013. If debtors fail to complete the plan and payoff the case by July 31, 2013, the Court shall dismiss this case upon the filing by Trustee of a *Statement of Failure to*

*Comply*, which recites that the debtors failed to complete the plan and payoff the case by the required deadline.

###

I certify that I have complied with the requirements of LBR 9021(a)(2)(A).

Presented by:

/s/ Melvin Jack Fisher, Jr.
Attorney for Wayne Godare

cc: Debtors
Debtors' attorney